IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>SHOE CARNIVAL, INC.<br><br>　　　　　　　　　Defendant. | Case No.　3:25-cv-00025-MPB-CSW |

> Dismissal with prejudice acknowledged [26]. The Clerk is directed to close this case.
>
> *Matthew P. Brookman*
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana
>
> Dated: July 3, 2025

### NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a).

DATED: July 1, 2024　　　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　*/s/ Anthony I. Paronich*
　　　　　　　　　　　　　　　　　　Anthony I. Paronich
　　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　　(508) 221-1510
　　　　　　　　　　　　　　　　　　anthony@paronichlaw.com